UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

ISRAEL HARNIK, *individually and on behalf of all others similarly situated*;
    Plaintiff,

v.

CASE NO.: 3:18-cv-11551

REMEX, INC. *doing business as Remex Revenue Management Excellence*
John Does 1-25
    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for all parties in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** November 13, 2018

| For Plaintiff Israel Harnik | For Defendant REMEX, Inc. |
|---|---|
| /s/ Yaakov Saks<br>Yaakov Saks<br>Stein Saks, PLLC<br>285 Passaic Street<br>Hackensack, NJ 07601<br>201-282-6500 x101<br>ysaks@steinsakslegal.com | /s/ Mitchell L Williamson<br>Mitchell L. Williamson<br>Baron & Newburger, P.C.<br>458 Elizabeth Ave, suite 5371<br>Somerset, NJ 08873<br>732-328-9480<br>mwilliamson@bn-lawyers.com |

It is further ordered that the Clerk of the Court is directed to reopen this action and upon entry of this order, the case and docket shall be marked closed.
IT IS SO ORDERED:

FREDA L. WOLFSON, U.S.D.J.   11-14-18